# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brent C. Wilks, a Task Force Officer with Homeland Security Investigations and a Detective with the Rhode Island State Police, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I have been employed as a Detective of the Rhode Island State Police since 2011 and am currently assigned to the Rhode Island Internet Crimes Against Children (ICAC) Task Force. I have also been cross designated as a federal Task Force Officer with Homeland Security Investigations since 2024. While employed by the State Police, I have investigated state and federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Rhode Island State Police Training Academy and as a member of the Rhode Island Internet Crimes Against Children (ICAC) Task Force conducting these types of investigations. I have investigated child sexual exploitation offenses on a full-time basis since approximately October 2021. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have conducted and assisted in conducting numerous investigations into the violation of both state and federal laws relating to the possession, receipt, transportation, distribution, and production of child pornography and obscene visual representations of the sexual abuse of children over

the Internet. I have reviewed hundreds of images and videos of actual and suspected child pornography, child erotica, and obscene visual representations of the sexual abuse of children. As a TFO, I am authorized to investigate violations of the United States, including 18 U.S.C. §§ 2251, 2252 and 2252A, and I am an investigative or law enforcement officer within the meaning of Fed.R.Crim.P. 41(a)(2)(C) and 18 U.S.C. § 2510(7); that is, a law enforcement officer of the United States of America who is authorized to request a search warrant and empowered to investigate and make arrests for offenses alleged in this warrant application.

2. This affidavit is submitted in support of an application for a criminal complaint charging LARRY W. ALBINO, DOB: XX/XX/1973[1], ("ALBINO") with producing child pornography in violation of 18 U.S.C. 2251(a).

3. On Monday, September 16, 2024, I reviewed a report from the National Center for Missing and Exploited Children (NCMEC) (Cybertip #198954363) regarding a subject possessing and transferring child pornography. The NCMEC report referenced in this case was generated through the CyberTipline.

4. NCMEC advised that security personnel at MediaLab/Kik reported that on September 8, 2024, at 20:55:25 (UTC), MediaLab/Kik became aware that an individual utilizing a Kik messenger account uploaded ten (10) files containing child pornography, using IP address, 70.172.152.148 (Port: 443). I viewed all the files and confirmed the videos and images were consistent with the definition of child

---

[1] The full date of birth is known to your affiant and is consistently the same everywhere referenced in this affidavit.

pornography as defined in Rhode Island General Law 11-9-1.3. A description of one of the files is listed below. The files will remain in the custody of the Rhode Island Internet Crimes Against Children Task Force and are available for viewing for prosecutorial purposes:

> **File Name**: a59a2c5d-468d-40ca-9ef8-155455b0dc48.mp4
>
> **Upload IP**: 70.172.152.148 (Port: 443) on September 8, 2024, at 20:55:04 (UTC)
>
> **Description**: The video depicts a pre-pubescent (toddler) female manipulating an adult male's penis with her hand.
>
> NCMEC provided the following information on the suspect:
>
> **Home E-Mail Address**: aurochs_relish.0a@icloud.com
> **Screen/User Name**: dildofukkr
> **ESP User ID**: dildofukkr_zpk

5.  I conducted an inquiry with the American Registry of Internet Numbers (ARIN) and determined that the owner of IP address 70.172.152.148 was Cox Communications. The IP address geolocated to the Providence area of Rhode Island, respectively. I served Cox Communications with legal process and they responded and identified the subscriber of IP address 70.172.152.148 on September 8, 2024, as Larry ALBINO of 86 Waterman Ave, Apt 18, North Providence, RI 02911. A home phone number of (401) 316-4252 was provided as well.

6.  An internet search of 86 Waterman Avenue, Apartment 18, North Providence, Rhode Island revealed the residence was previously listed for rent on Zillow.com, and the listing provided multiple images of both the interior and exterior of the residence. A review of the listing photographs of the kitchen revealed a black and

brown speckled countertop, brown hardwood floors, a white dishwasher, white cabinets with silver knobs, and a hunter green backsplash.  These photographs were compared to one of the videos contained in the NCMEC cybertip where the toddler female is seen standing on a stool in the kitchen while an adult male masturbates directly behind her.  All five of the described features of the kitchen in the Zillow ad match the features of the kitchen in the video from the cybertip.  Additionally, a brown, berber style carpet in the living space was observed in the Zillow ad.  The carpet was compared to the carpet in the video from the cybertip described in the previous paragraph where the pre-pubescent (toddler) female is manipulating an adult male's penis with her hand.  The carpet from the Zillow ad matches the carpet on the floor in the video from the cybertip.  The male's feet can be seen in the video and appear to be dark-skinned.  The male is wearing bright, multi-colored sandals.

7. Based upon this information, it became apparent that the child sexual abuse videos and images contained within this NCMEC cybertip were filmed from within the residence of 86 Waterman Avenue, Apartment 18, North Providence, Rhode Island.

8. I conducted a review of law enforcement resources/databases and confirmed that Larry W. Albino, DOB: XX/XX/1973 resides at 86 Waterman Avenue, Apartment 18, North Providence, Rhode Island.  I obtained information on Rhode Island license #8919642 from the Rhode Island Division of Motor Vehicles that identifies Larry W. Albino, DOB: XX/XX/1973, with an address of 86 Waterman Avenue, Apartment 18, North Providence, Rhode Island.

9.      Based on the aforementioned information, on the afternoon of September 17, 2024, I presented a residential search warrant to the Honorable Judge Stephen M. Isherwood of the Rhode Island Sixth Division District Court for the premises located at 86 Waterman Avenue, Apartment 18, North Providence, Rhode Island and the person of Larry W. Albino, DOB: XX/XX/1973 in order to search and seize any and all evidence, including but not limited to: physical evidence including bed coverings, clothing, footwear, towels, blankets, computer hardware, computer software, mobile devices, and portable digital storage devices, to include the contents therein. Additionally, all computer-related documentation, records, documents, material, and passwords or other data security devices related to the crimes of child molestation, production, acquisition, possession, and transfer of child pornography.  Judge Isherwood reviewed the warrant and signed it.

10.     On September 17, 2024, at approximately 7:00PM, members of the Rhode Island State Police and Internet Crimes Against Children Task Force, to include Sergeant Macera, Sergeant Schatz, Corporal Washington, Detective Bentsen, Detective Fox, Analyst Gent, and I executed the court authorized search warrant at 86 Waterman Avenue, Apartment 18, North Providence, Rhode Island.  Upon arrival, detectives identified Larry W. ALBINO, DOB: XX/XX/1973 inside the residence.  ALBINO was wearing bright, multi-colored sandals that I immediately recognized to be the same sandals worn on the feet of the male subject whose penis was being manipulated by the toddler female in the video from the cybertip. ALBINO was provided with his

constitutional rights, which he signed, indicating his understanding. At 7:13 PM, a recorded interview began. ALBINO provided the following information:

- ALBINO stated that his phone number is (401) 316-4252.

- ALBINO stated that he has a three-year-old daughter, referred to herein as Minor Victim 1 ("MV1").

- When asked if ALBINO was the male subject in the video that showed the toddler female touching his penis, he stated: "yes."

- ALBINO stated that the toddler female in the video touching his penis is in fact MV1.

- ALBINO stated that he recorded the video of MV1 laying on a bed with her legs spread, displaying her vagina.

- ALBINO stated that he recorded all of the explicit photographs and videos of himself and MV1 in this case, and subsequently uploaded them on Kik.

- ALBINO stated that he recorded the explicit videos and photographs approximately one to two months ago.

- ALBINO acknowledged that he recorded the explicit videos and photographs within his apartment.

- ALBINO acknowledged that he was the account holder for the suspect Kik account in this case and that his Kik user-name is in fact "dildofukkr." (Note: this is the Kik account name reported and associated with the child sexual abuse material uploaded to the Kik account).

- ALBINO acknowledged that he was the account holder for the email "aurochs_relish.0a@icloud.com." (Note: this is the email reported to be associated with the Kik account to which the child sexual abuse material was uploaded).

- ALBINO explained that he recorded the videos and took the photographs with the intention of uploading them on Kik with the hope that he would receive payment for them from someone he met on Kik whom he described as a "perv."

- ALBINO was asked if there were ever any videos of him touching MV1's vagina, to which he replied: "probably in those videos...and I don't have them."

- When asked where those videos are now, ALBINO replied: "I don't know...I deleted them, you know, knowing what the hell I was doing was stupid and wrong."

- ALBINO stated that he recorded the explicit videos over the course of "a couple of days."

11. At 7:49 PM, the interview concluded. While on scene, a State Police forensic analyst conducted a live preview of ALBINO'S laptop computer as well as his iPhone 14 Pro. The laptop was cleared on scene and left in the apartment. ALBINO'S iPhone 14 Pro, serial number LH3Q6337Q2 was seized as evidence (24RIX1-3073-PR) pending an off-site, complete forensic analysis.

12. During a search of the residence, Detectives located and photographed the following items that are featured in one or more of the child sexual abuse videos and photographs that ALBINO produced:

- The blue and white striped bedspread where MV1 was laying completely nude, displaying her vagina.
- The bathroom shower where MV1 was standing completely nude, displaying her vagina.
- The bright, multi-colored sandals that ALBINO was wearing as MV1 touches and manipulates his penis.
- The couch where MV1 was laying completely nude, displaying her vagina.
- An "action figure" toy that was featured in one of the explicit videos.
- The kitchen cabinetry, countertop, and backsplash, in front of which MV1 is standing while ALBINO masturbates.

13. ALBINO was arrested and charged with child molestation, second degree; possession of child pornography; transfer of child pornography; production of child pornography, and possession of a controlled substance.[2] ALBINO was ordered held at

---

[2] ALBINO had cocaine on his person and in a kitchen cabinet at the time of the search warrant execution.

the ACI on $75,000 bail. On or about Friday, September 20, ALBINO made bail and was released from the ACI.

14. Based on the above, I believe there is probable cause to arrest LARRY W. ALBINO, DOB: XX/XX/1973, with producing child pornography in violation of 18 U.S.C. 2251(a).

Respectfully submitted,



Brent C. Wilks
Detective, Rhode Island State Police
Task Force Officer, Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.   **Sworn telephonically and signed electronically**

September 22, 2024
_____
*Date*

_____
*Judge's signature*

Providence, RI
*City and State*

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*